**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGEL EDUARDO MARTINEZ-MONROY,<br><br>　　　　Defendant. | Case No. 2:22-mj-00970-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, June 28, 2023 at 9:00 a.m., be vacated and continued to August 23, 2023 at the hour of 9:00 a.m. in Courtroom 3A.

　　DATED this 21st day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE